**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| GEORGIA GRANT-WALTON,<br>*Personal Representative to the Estate of Taylor Walton*,<br><br>        Plaintiff,<br><br>        v.<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION,<br>KAREN PHILBIN, and<br>JEFFREY RABBERMAN,<br><br>        Defendants. | Civil Action No. TDC-17-2339 |

**ORDER**

On May 30, 2018, the Court issued a Memorandum Opinion and Order dismissing Count III of the Amended Complaint on the grounds that the Complaint failed to allege a violation of Taylor Grant-Walton's rights under the Fourth Amendment of the United States Constitution. ECF No. 23. Since the remaining claims in the Amended Complaint all allege violations of Maryland state law, the parties were ordered to show cause why this Court should or should not retain jurisdiction over this case. ECF No. 24.

Having reviewed the parties' submissions, the Court finds that it should not retain jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3). District courts should consider several factors when deciding whether to retain supplemental jurisdiction over a case, including "convenience and fairness to the parties, the existence of any underlying issues of federal policy, comity, and considerations of judicial economy." *Shanaghan v. Cahill*, 58 F.3d 106, 110 (4th Cir. 1995). Discovery has not begun in this case, and it would be no less

efficient to initiate it state court.  More importantly, because Plaintiff has identified no new federal claim, the remaining case is a state law matter.  Accordingly, interests of comity counsel in favor of allowing the issues in this case to be resolved by the state court, with appeals of state law issues appropriately determined by the Maryland Court of Special Appeals and the Maryland Court of Appeals.  Although Plaintiff argues that jurisdiction should be retained in this court in order to utilize the Court's mediation program, such a consideration is insufficient to overcome the significant justification for declining jurisdiction.

    Accordingly, it is hereby ordered that:

1. The Amended Complaint is DISMISSED WITHOUT PREJUDICE.
2. The Clerk is directed to CLOSE this case.

Date: July 9, 2018                                    /s/
                                                                  THEODORE D. CHUANG
                                                                  United States District Judge